IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GREGORY KENNETH LEE, #184 070,   *

    Plaintiff,   *

    v.   *   2:11-CV-548-MEF
        (WO)
NURSE WEBB, *et al.*,   *

    Defendants.   *

_____

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. #3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #3) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice due to Plaintiff's failure to pay the full filing fee upon the initiation of this case.

A separate judgment shall issue.

Done this the 14th day of September, 2011.

                                          /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE